```
┌─────────────────────────────────────────────────────────────────────┐
│        UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA        │
│           CIVIL DOCKET ENTRIES FOR CASE A02-0043--CV (RRB)            │
│                   "SAMUEL F. DEVON V MOA ET AL"                       │
├─────────────────────────────────────────────────────────────────────┤
│          Including terminated parties, excluding terminated counsel   │
└─────────────────────────────────────────────────────────────────────┘
```

```
  Presiding Judge:  The Honorable Ralph R. Beistline, U.S. District Judge
 Magistrate Judge:
    Referral Rule:
            Filed:  02/28/02
           Closed:  02/05/03

     Jurisdiction:  (3) Federal Question (US Govt not a Party)
     PLF Diversity:
     DEF Diversity:

   Nature of Suit:  (442) Jobs
                    42 USC 12101
           Origin:  (1) Original Proceeding
           Demand:  378
       Filing fee:  Paid $150.00 on 02/28/02 receipt # 00116984
         Trial by:  Court
```

Parties of Record:                          Counsel of Record:

| | | |
|---|---|---|
| PLF 1.1 | DEVON, SAMUEL F. | Samuel F. Devon<br>Pro Per<br>3900 Brentwood Circle<br>Anchorage, AK 99502<br>907-248-9661 |
| DEF 1.1 | ANCHORAGE, MUNICIPALITY OF | Maurice McClure<br>Municipality of Anchorage<br>Civil Division<br>POB  196650<br>Anchorage, AK 99519-6650<br>907-343-4545 |
| DEF 2.1 | ENGLISH, DEBRA E. | Maurice McClure<br>(see above) |
| DEF 3.1 | MUMFORD, CANDACE M. | Maurice McClure<br>(see above) |
| DEF 4.1 | MEE, VINCENT D. | Maurice McClure<br>(see above) |

Case 3:02-cv-00043-RRB   Document 52   Filed 01/03/06   Page 1 of 4

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CIVIL DOCKET ENTRIES FOR CASE A02-0043--CV (RRB)
"SAMUEL F. DEVON V MOA ET AL"

For all filing dates

Presiding Judge: The Honorable Ralph R. Beistline, U.S. District Judge
Magistrate Judge:
    Referral Rule:
            Filed: 02/28/02
           Closed: 02/05/03

     Jurisdiction: (3) Federal Question (US Govt not a Party)
    PLF Diversity:
    DEF Diversity:

   Nature of Suit: (442) Jobs
                   42 USC 12101
           Origin: (1) Original Proceeding
           Demand: 378
       Filing fee: Paid $150.00 on 02/28/02 receipt # 00116984
         Trial by: Court


| Document # | Filed | Docket text |
|---|---|---|
| 1 - 1 | 02/28/02 | Complaint filed w/att exhs; Summons issued. |
| 2 - 1 | 03/04/02 | HRH Order advising plf that service must be completed by 120 days or 6/28/02. cc: cnsl, w/Pro Se Handbook & PS12, PSLC |
| 3 - 1 | 03/22/02 | PLF 1 Return of Service Executed re: DEF 1 on 3/5/02. |
| 4 - 1 | 03/22/02 | PLF 1 Return of Service Executed re: DEF 2 on 3/5/02. |
| 5 - 1 | 03/22/02 | PLF 1 Return of Service Executed re: DEF 3 on 3/5/02. |
| 6 - 1 | 03/22/02 | PLF 1 Return of Service Executed re: DEF 4 on 3/5/02. |
| 7 - 1 | 03/25/02 | DEF 1; 3-4 Attorney Appearance of Linda Johnson (not for D2) |
| 8 - 1 | 03/25/02 | DEF 1; 3-4 Answer and Counterclaim (not for D2) |
| 9 - 1 | 05/02/02 | HRH Minute Order that ans/dft due 20 day re D2. cc: cnsl |
| 10 - 1 | 05/02/02 | HRH Minute Order ans/dft due 20 days re counterclaim. cc: cnsl |
| 11 - 1 | 05/06/02 | PLF 1 motion for court appointed counsel |
| 12 - 1 | 05/06/02 | PLF 1 Answer to Counterclaim |
| 13 - 1 | 05/06/02 | DEF 1; 3-4 Response to Order dated 5/2/02 re: answer for Debra English. |
| 14 - 1 | 05/06/02 | PLF 1 brief |
| 15 - 1 | 05/23/02 | DEF 1-4 opposition to PLF 1 motion for court appointed counsel (11-1) and to plf's general brief |
| 16 - 1 | 05/24/02 | PLF 1 Answer to minute order from chambers re: service. |
| 17 - 1 | 05/24/02 | PLF 1 answer to minute order re: service of answer to cntrclm. |
| 18 - 1 | 05/24/02 | PLF 1 Return of Service Executed on DEF 2 on 5/22/02. |

Case 3:02-cv-00043-RRB   Document 52   Filed 01/03/06   Page 2 of 4

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CIVIL DOCKET ENTRIES FOR CASE A02-0043--CV (RRB)
"SAMUEL F. DEVON V MOA ET AL"

For all filing dates

| Document # | Filed | Docket text |
|---|---|---|
| 19 - 1 | 05/28/02 | HRH Minute Order re: initial case stat rpt/case S&P; Rule 16(b) rpt is due w/i 21 days. cc: cnsl |
| 20 - 1 | 05/29/02 | HRH Minute Order that by agreement of the judges this case is reassigned to Judge Beistline for all further proceedings. cc: cnsl, Judge Beistline |
| 21 - 1 | 06/07/02 | RRB Order denying motion for court appointed counsel (11-1). cc: cnsl |
| 22 - 1 | 06/10/02 | DEF 2 Attorney Appearance of Linda J. Johnson (MOA). |
| 23 - 1 | 06/10/02 | DEF 2 Answer to Complaint. |
| 24 - 1 | 06/13/02 | PLF 1; DEF 1-4 Initial Case Status Report Case Scheduling and Planning. |
| 25 - 1 | 06/24/02 | RRB Minute Order re: scheduling and planning conference will be held 7/26/02 at 9:00 a.m. cc: cnsl |
| 26 - 1 | 07/25/02 | PLF 1 Jury Demand. |
| 26 - 2 | 07/25/02 | PLF 1 motion for jury trial. |
| 27 - 1 | 07/26/02 | RRB Court Minutes [ECR: Caroline Edmiston] re: S&P conf held 7/26/02; def to file sj mot by end of Sept; crt to set future sched conf by MO. cc: cnsl |
| 28 - 1 | 07/30/02 | DEF 1-4 opposition to Motion for jury trial (26-2). |
| 29 - 1 | 08/21/02 | RRB Order denying motion for jury trial (26-2). cc: cnsl |
| 30 - 1 | 09/30/02 | DEF 1-4 motion for summary judgment w/att memo, aff & exhs. (original mot in expando behind the file) |
| 31 - 1 | 10/01/02 | RRB Minute Order re: notice regarding motion for summary judgment. cc: cnsl |
| 32 - 1 | 10/18/02 | PLF 1 opposition to DEF 1-4 motion for summary judgment (30-1). |
| 33 - 1 | 10/24/02 | PLF 1 reply to opposition to DEF 1-4 motion for summary judgment (30-1). cc: cnsl |
| 34 - 1 | 12/05/02 | PLF 1 motion for summary judgment w/att memo & exhs. |
| 35 - 1 | 12/05/02 | PLF 1 motion for amended compensatory relief. |
| 36 - 1 | 12/09/02 | RRB Order granting motion for summary judgment (30-1); dismissed as moot motion for summary judgment (34-1), motion for amended compensatory relief (35-1). cc: cnsl |
| 37 - 1 | 12/10/02 | RRB Judgment that defs' motion for summary judgment is granted and the complaint is dismissed against all defs. cc: cnsl, O&J 11464, restributed w/attorney fees 1/8/03. |
| 38 - 1 | 12/23/02 | DEF 1-4 motion for attorney's fees w/att memo, aff & exh. |
| 39 - 1 | 12/27/02 | PLF 1 opposition to DEF 1-4 motion for attorney's (38-1) w/att memo. |

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CIVIL DOCKET ENTRIES FOR CASE A02-0043--CV (RRB)
"SAMUEL F. DEVON V MOA ET AL"

For all filing dates

| Document # | Filed | Docket text |
|---|---|---|
| 40 - 1 | 12/31/02 | DEF 1-4 Attorney Substitution of Maurice McClure for Linda J. Johnson. |
| 41 - 1 | 01/06/03 | DEF 1-4 reply to opposition to DEF 1-4 motion for attorney's fees (38-1). |
| 42 - 1 | 01/08/03 | RRB Order granting motion for attorney's fees (38-1). Def is awarded $1,000.00 attorney fees. cc: cnsl |
| 43 - 1 | 01/13/03 | DEF 1-4 motion for clarification of courts order at docket 37. |
| 44 - 1 | 01/15/03 | RRB Minute Order re: Court's dismissal refers to those claims brought by plf. The court retains supplemental jurisdiction over defs' counterclaims & the parties shall proceed forward in due course. Granting motion for clarification of courts order at docket 37 (43-1). cc: cnsl |
| 45 - 1 | 01/16/03 | RRB Minute Order re: S&P conference is set for 2/5/03 at 1:30 p.m. cc: cnsl |
| 46 - 1 | 01/27/03 | PLF 1 appeal to 9CCA of (36-1) filed 12/09/02, (37-1) filed 12/10/02, (42-1) filed 01/08/03. cc: S. Devon, cnsl, Judge Beistline, 9CCA |
| NOTE - 1 | 01/28/03 | Transmittal: Forwarded notice of appeal (46-1) to 9CCA. |
| 47 - 1 | 02/05/03 | RRB Court Minutes [ECR: Elisa Singleton] S&P conference held 2/5/03. Case Dismissed without prejudice for filing in State Court. cc: cnsl |
| 48 - 1 | 02/06/03 | RRB Judgment of dismissal. Defs' counterclaim is dismissed without prejudice to proceed in State Court. This case is closed. cc: cnsl, O&J 11491 |
| 49 - 1 | 02/07/03 | Cy 9CCA Time Schedule Order. (46-1) cc: S. Devon, cnsl, Judge Beistline, ECR |
| 50 - 1 | 03/21/03 | Copy of Order from 9CCA. (46-1) Appeal dismissed for lack of jurisdiction. cc:cnsl |
| 51 - 1 | 04/18/03 | 9CCA Judgment/Final Order re: notice of appeal (46-1) that the appeal is dismissed for lack of jurisdiction. cc: S. Devon, M. McClure, Judge Beistline |
| 52 - 1 | 04/18/03 | 9CCA Judgment re: notice of appeal (46-1) that the appeal is dismissed for lack of jurisdiction. cc: S. Devon, M. McClure, Judge Beistline |